UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
August 20, 2025 11:26 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /m /8/20

KEVIN EMANUEL BONHAM

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:25-cv-982**
Hala Y. Jarbou - U.S. District Judge
Maarten Vermaat- U.S Magistrate

v.

BRADLEY LYONS, HERMAN HOFMAN, VIMI SHARMA, KENT COUNTY SHERIFFS OFFICE, KENT COUNTY SHERIFFS DEPARTMENT

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☒  No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   WESTERN DISTRICT of MICHIGAN

   2. Is the action still pending?  Yes ☐  No ☒
      a. If your answer was no, state precisely how the action was resolved: I BELIEVE DEFAULT JUDGEMENT IN MY FAVOR

   3. Did you appeal the decision?  Yes ☐  No ☒
   4. Is the appeal still pending?  Yes ☐  No ☒
      a. If not pending, what was the decision on appeal? NOT SURE

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☒
      a. If so, explain: _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Kevin Emanuel Bonham**

Place of Present Confinement **KENT COUNTY CORRECTIONAL FACILITY**

Address **703 BALL AVE N.E GRAND RAPIDS, MI 49503**

Place of Confinement During Events Described in Complaint **SAME**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **BRADLEY LYONS**
Position or Title **CAPTAIN**
Place of Employment **KENT COUNTY SHERIFFS OFFICE**
Address **701 BALL AVE N.E, GRAND RAPIDS, MI 49503**
Official and/or personal capacity? **BOTH**

Name of Defendant #2 **HERMAN HOFFMAN**
Position or Title **ATTORNEY**
Place of Employment **VARNUM FIRM LLP**
Address **Varnum Bridgewater Place P.O. Box 352 Grand Rapids, MI 49501**
Official and/or personal capacity? **Personal**

Name of Defendant #3 **VIMI SHARMA**
Position or Title **N/A**
Place of Employment **Varnum FIRM LLP**
Address **Varnum Bridgewater Place P.O. Box 352 Grand Rapids, MI 49501**
Official and/or personal capacity? **Personal**

Name of Defendant #4 **KENT COUNTY SHERIFFS OFFICE**
Position or Title **CORRECTIONAL FACILITY**
Place of Employment **KENT COUNTY CORRECTIONAL FACILITY**
Address **701 BALL AVE NE GRANDRAPIDS MI, 49503**
Official and/or personal capacity? **BOTH**

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

INTRODUCTION - My Name is Kevin E. Bonham I am currently a pre-trial detainee at the KENT COUNTY CORRECTIONAL FACILITY. I have had many issues regarding professionalism pertaining to some of the DEPUTYS/STAFF of this establishment also the people/DEFENDANTS in question. I want this to be clear, I am not perfect and I am no saint; But I feel as if I have been mistreated purposely by the DEFENDANT(S) in this complaint I have unfourtunately became very familliar with the main DEFENDANT BRADLEY LYONS. he is a Captian at the facility that I am currently. And I have had a lot of conversations and I have had several run ins with this person (DEFENDANT BRADLEY LYONS) where I have no DOUBT in my mind that DEFENDANT BRADLEY LYONS acted with malicious intent, when he broke the facilities policy and he intentionally hurt me by giving my lover/significant others personal information, and phone number etc. to another inmate whom I am having serious problems with; I want this to be understood this inmate will be providing the courts with ▓▓▓▓▓▓▓▓ evidence on my behalf to support my complaint, I want the courts to know and understand that I am not complaining just to complain this is my life and my family this person(s) have destroyed, and I am certian that this was done intentionally, this is not a frivilous matter at hand because I have had several problems with DEFENDANT LYONS and he is supposed to be in sufficiently culpable state of mind

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

So therefore he isnt making mistakes, everything this person does is intentional again he is a captian of several of this facility and again he knows and fully understands every rule, everything regarding policy pertaining the safety and the privacy, of a person and captians of a place like a correctional facility should be held extremely accountable; when rules are purposely broken and also when the rules that are broken impact a persons life and family life, when i ask the courts for Damages I want it to be understood that i want enough to retain the best therapist for this because its bad enough I have my own issues but personal punishment and the magnitude of the coporal punishment that I have been enduring is becoming too much, I suffer from SCHIZOPHRENIA DEPRESSION and an array of other things, but I just cant believe that these people would sabotage and Destroy my life like this. I have lost the person i love because of DEFENDANT LYONS, I HAVE BEEN contemplating Suicide because of this, Everyday i try to make up excuses as to why DEFENDANT BRADLEY LYONS et al., Made his mind up to provide some one with my information, My sanity isnt something that should be taken lightly its bad enough that im incarcerated for christs sakes; But the expectation that my personal information and my children and spouses information should be kept safe, please understand I dont need a judge trying to be petty because nothing im saying should be read indulgently

# STATEMENT of CLAIM
## By Kevin E. Bonham

DEFENDANTS: BRADLEY LYONS, HERMAN HOFMAN, Vimi Sharma Kent County Sheriffs Department, Kent County Sheriffs Office, were at all times acting under color of state law, when they knowingly, dilliberately, intentionally, distastefully violated my 4th Amendment, 8th Amendment and 14th Amendment Constitutional rights also Article one Sections 2, 11, 16 and 17 of the Michigan Constitution of 1963:

I want this to be understood i have had several issues pertaning to the way staff/Admin of the Kent County Correctional Facility peculiarly operates, unprofessionally operates and distastefully operates; But this is going to far and i have tried to properly complain via grievance but I am being denied that right so im taking it upon myself to go to the next level because this plaintiff Kevin E. Bonham feels extremely degraded, disrespected and mistreated.

Now i want this to be understood just like a hospital needs a patients permission to disclose their personal information to someone, The same as as a school needs a parents authorization to disclose thier childs information to anyone its expected that supposed esteemed employees of a

(1)

Correctional Facility follow the same professional behaviors; But this isnt the case too often and this time again i am davistated at the audacity of DEFENDANT BRADLEY LYONS et al., In the state of michigan, County of Kent, on June 18th, 2025 at the Kent County Correctional Facility, Defendant Bradley Lyons intentionally, purposefully, maliciously also disrespectfully printed my visitors Tricia Knott's name, phone number, visitor ID and password and disclosed it to another inmate by the name of Tyrelle Montray Henderson Jr. The said disclosure was made personally By DEFENDANTS Bradley Lyons et al also a letter from "Vimi Sharma" as being complicit t the said disclosure and according to inmate "Henderson" the disclosure was made on behalf of DEFENDANT HERMAN HOFFMAN, Since this incident has occurred there are inmates teasing me that they have my significant others information. That inmate Henderson has in some kind of way stolen my girlfriend TRICIA KNOTT, and all of my support. They're also saying he's had his brother & other people talking to my significant other supposedly having sex with my significant other because DEFENDANT BRADLEY LYONS et al., choose to purposefully violate KENT COUNTY SHERIFFS OFFICE

(2)

policy and procedure manual, section 1 "Facility Security during inmate visiting" this is something I believe to be intentional because me and DEFENDANT BRADLEY LYONS et al., has had several issues in the past. And on top of that DEFENDANT BRADLEY LYONS in particular is one of the Captains of the KENT COUNTY SHERIFFS OFFICE so he totally is presumed to be in sufficient and culpable state of mind when he intentionally made the decision to completely disregard my safety and security also my privacy and now I have lost all contact with my significant other whom information he disclosed and now it is inmates saying that they've got in contact with my girl and took her away from me also that they're having people have sex with her. Now I want this to be understood. I am extremely depressed, I am suffering severe emotional distress, I can't sleep at night, I am having racing thoughts, I have been having thoughts of suicide also revenge, I also want to say, I have the 1ST Amendment Constitutional Right to say I'm gonna have sex with DEFENDANT BRADLEY LYONS WIFE since he feels like it's O.K. To give my kids moms information to a creepy inmate intentionally against policy. I am just so sad because of this, I am so hurt because of this, I have no mental support, financial support or

(3)

FRONT & BACK

moral support. Because DEFENDANT BRADLEY LYONS et al. choose to maliciously give my significant others information to someone who is holding a grudge on me because I watched him get beat up (inmate Henderson) I dont know why DEFENDANT BRADLEY LYONS et al., would Do this to me. Henderson has given my Girls phone number also social media information to many people. I havent talked to my girl in months because I suspect it to be true that DEFENDANT BRADLEY LYONS, al., gave Inmate Henderson my girls information on purpose. Again i dont know why DEFENDANT BRADLEY LYONS et al., would do such a thing I am extremely devistated and I want it to be understood if a rivalry is what he wants its what he's gonna get. And again on top of this Civil infraction im gonna again excercize my 1st Amendment Constitutional Rights to say im gonna do it to DEFENDANT BRADLEY LYONS WIFE WITH my 10 inch... I am going to stop there because I am crying as I write this because I am so sad, hurt, emotionally scarred and mentally drained im even having suicidal thoughts behind this. Thank You for reading. Hope your day is Awesome. also if its misunderstood. This is word for word from the KENT COUNTY SHERIFFS OFFICE POLICY And Procedural Manual I will continue writing the exact words that the policy states on the Back of this paper also i want the courts to be very

(4)

astute when I say that my feelings are hurt behind this

⭐ KENT COUNTY SHERIFFS OFFICE POLICY AND PROCEDURAL MANUAL

12.8.3

I. Facility Security During Inmate Visiting.

"The Amount of money In An Inmates Account Is Not To Be Revealed To Visitors, <u>The Names Of An Inmates Visitors Are Not To Be Revealed</u>, Only Weather The Inmate Has Money And The Number Of Visits The Inmate Is Eligible For Can Be Given"

I ALSO ASK THAT THE COURTS LET ME PLEASE PROCEED IN FORMA PAUPERIS. I HAVE NO CURRENCY IN MY INMATE ACCOUNT as of 7/23/2025

Thank You

God Bless

7/23/2025                Kevin E. Bonham

(5)

## IV. Relief

State briefly and precisely what you want the court to do for you.

I am demanding Nominal and Punitive Damages, reinbursement of fees, Costs, Disburstments also lawyer fee's possibly; Declatory relief that Defendants acts violated my Constitutional rights, Trial By Jury Demanded

$1,500,000.00

I also again would appreciate to proceed in forma pauperis Thank You. Hope Your having an awesome DAY...

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

Kevin E. Bonham

7/23/2025
Date

Signature of Plaintiff

11-11
BFE

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Kevin E. Bonham
703 Ball Ave N.E.
Grand Rapids, MI 49503

Office of the Clerk
452 Federal Building
110 Michigan N.W
Grand Rapids, MI, 49503

This mail originates from the Kent County Correctional Facility
Final

Kevin E. Bonham
703 Ball Ave N.E.
Grand Rapids, MI 49503

Office of the Clerk
452 Federal Building
110 Michigan N.W
Grand Rapids, MI, 49503

This mail originates from the Kent County Correctional Facility


